UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION, INC.;
CONSERVANCY OF SOUTHWEST
FLORIDA, INC.; and ENVIRONMENTAL
CONFEDERATION OF SOUTHWEST
FLORIDA, INC.,

   Plaintiffs,        CASE NO. 4:12-cv-00355-RH/CAS

v.

UNITED STATES ARMY CORPS OF
ENGINEERS,

and

FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION
AND SOUTH FLORIDA WATER
MANAGEMENT DISTRICT,

   Defendants.
_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO THE SOUTH FLORIDA WATER MANAGEMENT DISTRICT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Florida Wildlife Federation, Inc., Conservancy of Southwest Florida, Inc., and Environmental Confederation of Southwest Florida, Inc., voluntarily dismiss this action as to the South Florida Water Management District.

RESPECTFULLY SUBMITTED this 18th day of December, 2012.

DATED December 18, 2012.      /s/ David G. Guest

                 David G. Guest

Fla. Bar. No. 0267228
dguest@earthjustice.org
111 S. Martin Luther King, Jr. Blvd.
Tallahassee, Florida  32301
(850) 681-0031 (Telephone)
(850) 681-0020 (Facsimile)
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not yet authorized to electronically receive Notices of Electronic Filing.

/s/ Joshua Douglas Smith
Attorney