UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION, INC.;
CONSERVANCY OF SOUTHWEST
FLORIDA, INC.; and ENVIRONMENTAL
CONFEDERATION OF SOUTHWEST
FLORIDA, INC.,

       Plaintiffs,                    CASE NO. 4:12-cv-00355-RH/CAS

v.

UNITED STATES ARMY CORPS OF
ENGINEERS,

and

FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION
AND SOUTH FLORIDA WATER
MANAGEMENT DISTRICT,

       Defendants.
_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
STATE PARTIES' MOTION FOR RECONSIDERATION**

Plaintiffs respectfully submit this response in opposition to the January 4, 2013 Motion for Reconsideration filed by the South Florida Water Management District ("SFWMD" or "the District"). ECF No. 43. As SFWMD recognizes, a State may not voluntarily intervene for the purpose of adjudicating its rights or interests, while simultaneously maintaining its Eleventh Amendment immunity. *Id*. at 2. Indeed, "where a State *voluntarily* becomes a party to a cause and submits its rights for judicial determination, it will be bound thereby and cannot escape the result of its own voluntary act by invoking the prohibitions of the Eleventh Amendment." *Lapides v. Bd. Of Regents of University System of Georgia*, 535 U.S. 613, 619 (2002) (citation

omitted) (emphasis in original).  This rule rests upon the need to avoid inconsistency and unfairness that would result in allowing a state to affirmatively seek a judicial determination of its rights, while simultaneously invoking its immunity in order to obtain a litigation advantage.  *Id*. at 620.

This is exactly what the District seeks to do by way of intervention.  In this case, the U.S. Army Corps of Engineers and the District have asserted fundamentally inconsistent positions.  The Corps asserts that it is absolutely immune from the enforcement of any state water quality standards under 33 U.S.C. § 1371(a), because it controls water releases from Lake Okeechobee for navigation purposes.  SFWMD, on the other hand, affirmatively seeks a judicial declaration that it has an "undeniable interest" and "legally protected" right to control water releases vis-à-vis the Corps.  *See* Mot. to Dismiss at 21 (ECF No. 28).  The District further seeks to maintain and protect its right to enforce water quality and quantity regulations against the Corps.  Mot. to Expedite at 3-4 (ECF No. 40).  Indeed, SFWMD has, throughout this litigation, asserted its Eleventh Amendment immunity to avoid the "indignity" of participating in this lawsuit while at the same time seeking to protect its rights and interests in controlling water releases as against the Corps.  Mot. to Stay at 3 (ECF No. 29).  If the District prevails in its argument that it is an indispensable party, it will have obtained a *de facto* adjudication that it has a protectable legal right and interest in controlling water releases as against the Corps.  This is exactly the kind of improper and inconsistent use of federal jurisdiction (as a sword) and immunity (as a shield) contemplated by *Lapides*.

The Court can and should reject SFWMD's transparent attempt to circumvent the well-established principles that circumscribe their assertion of sovereign immunity.  The District is free to continue to exercise its right not to participate in the litigation, or it may waive immunity

and litigate the extent of its rights and interests in the control of water releases. As the Court has already ruled, SFWMD cannot have it both ways.

For these reasons, Plaintiffs respectfully request that the Court DENY the District's Motion for Reconsideration.

Dated this 7th day of January 2013.

>/s/ Joshua Douglas Smith
>Joshua Douglas Smith
>Fla. Bar. No. 0096844
>jsmith@earthjustice.org
>Earthjustice
>111 S. Martin Luther King, Jr. Blvd.
>Tallahassee, Florida  32301
>(850) 681-0031 (Telephone)
>(850) 681-0020 (Facsimile)
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2013, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not yet authorized to electronically receive Notices of Electronic Filing.

>/s/ Joshua Douglas Smith
>Attorney