IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION,
INC., et al.,

    Plaintiffs,

v.                                            CASE NO. 4:12cv355-RH/CAS

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

    Defendants.
_____/

**MOTION FOR LEAVE TO REPLY TO
PLAINITFFS' OPPOSITION TO RECONSIDERTION**

The South Florida Water Management District requests leave to reply to Plaintiffs' Response in Opposition to the State Parties' Motion for Reconsideration (ECF No. 45), unless the court grants the District's request for oral argument (ECF No. 46). Oral argument would provide ample opportunity to address the District's concerns with plaintiff's response and obviate the need for a reply.

The proposed reply would clarify the material differences between:

1. Seeking intervention under Rule 24, Federal Rules of Civil Procedure, for the limited purpose of seeking dismissal under Rule 19(b), Federal Rules of Civil Procedures,

   versus,

2. Voluntarily invoking the Courts jurisdiction to adjudicate disputes over one's interests in the subject matter of the case.

Plaintiffs' response accuses the District of engaging in the latter. The District is prepared to demonstrate that it has engaged only in the former. To the extent the court may find a reply on these points helpful, the District submits good cause exists.

WHEREFORE, absent oral argument, the District requests leave to reply in support of its motion for reconsideration and to reinstate prior motions.

Respectfully submitted,

Carolyn S. Ansay
General Counsel

By: /s/ James E. Nutt
    JAMES E. NUTT
    Florida Bar No. 874868
    South Florida Water Management District
    3301 Gun Club Road MSC-1410
    West Palm Beach, Florida 33406
    (561) 682-6253
    (561) 682-6276 Facsimile
    jnutt@sfwmd.gov

Attorneys for Defendant, South Florida
Water Management District

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2013, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not yet authorized to electronically receive Notices of Electronic Filing.

/s/ James E. Nutt
JAMES E. NUTT
